**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER PELLECER,<br><br>                Plaintiff,<br><br>      v.<br><br>MIGUEL GUTIERREZ, ET AL.,<br><br>                Defendants. | Case No. 2:14-cv-04959-JLS (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed an objection to the Report and Recommendation within the time permitted.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint without leave to amend.

Dated: October 14, 2021

                                                    HONORABLE JOSEPHINE L. STATON<br>
                                                    UNITED STATES DISTRICT JUDGE