JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PELLECER, | Case No. 2:14-cv-04959-JLS (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MIGUEL GUTIERREZ, ET AL., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice.

Dated: October 14, 2021

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE